**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **JIMMY LEON HENSON,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:11-CV-85 (HL) |
| **WILLIAM DANFORTH, et al,** | : | |
| Defendants | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 18) filed April 5, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 19) filed April 20, 2012 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 1st day of May, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**